

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00243-CV

**IN THE INTEREST OF K.R.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00026
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. The motion to withdraw as counsel is DENIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 2, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice